## Flinn's Estate.

Argued October 15, 1935. Before FRAZER, C. J., KEP-HART, SCHAFFER, MAXEY, DREW, LINN and BARNES, JJ.

16

22

24

26

*John O. Wicks,* of *Weller, Wicks & Wallace,* for appellants.

*Charles Alvin Jones,* for appellee.

PER CURIAM, November 25, 1935:

After a careful study of the record in this proceeding, we are of the opinion that, under the situation shown, the apportionment of the stock dividend as made by the court below is proper. We see no reason to disturb the fee of the guardian and trustee ad litem as fixed by the court below.

Decree affirmed at appellants' cost.